# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CONAIR CORPORATION,<br><br>                    Plaintiff,<br>v.<br><br>De Bin Liu d/b/a Barberium's,<br><br>                  Defendant. | **CASE No. 21 cv 1663**<br><br>**The Hon. Sara L. Ellis**<br><br>**JURY TRIAL DEMANDED** |

## INITIAL STATUS REPORT

Pursuant this Court's July 12, 2021, Order (ECF No. 25), Plaintiff Conair Corporation provides the following report on the status of this case:

**1.    The Nature of the Case:**

    A.

| Counsel for Plaintiff<br>Conair Corporation | Counsel for Defendant<br>De Bin Liu d/b/a Barberium's |
|---|---|
| Robert P. Greenspoon (Lead Trial Attorney)<br>Michael R. La Porte<br>Flachsbart & Greenspoon, LLC<br>333 N. Michigan Ave. Suite 2700<br>Chicago, IL 60602<br>(312) 551-9500 | Depeng (Edward) Bi (Lead Trial Attorney)<br>Law Offices of Konrad Sherinian, LLC<br>1755 Park Street - Suite # 200<br>Naperville, Illinois 60563<br><br>180 N. LaSalle - Suite #3700<br>Chicago, Illinois 60601<br>(630) 318-2606 |

Counsel for the Defendant has not yet filed an appearance.

    B.    This is an action for trademark and trade dress infringement. Currently, there are no counterclaims and/or third-party claims.

    C.    The primary issue in the case will be whether the Defendant's products infringe Plaintiff's trademark and trade dress.

    D.    Conair seeks monetary damages and equitable relief.

2. **Subject Matter Jurisdiction:** The Court has subject matter jurisdiction over the Plaintiff's claims because they arise under the laws of the United States, namely, the Lanham Act.

    A. The Lanham Act, 15 U.S.C. § 1125 *et seq*.

    B. Jurisdiction is not based on diversity or supplemental jurisdiction

3. **Status of Service:** Defendant De Bin Liu has been served. Subject to the notes below in No. 7, Conair states that no defendant remains unserved.

4. **Consent to Proceed Before a United States Magistrate Judge:** Counsel for the Plaintiff has advised its client that it may proceed before a Magistrate Judge if the parties consent unanimously. Counsel for the Defendant has not yet appeared. At this time, there is not unanimous consent.

5. **Motions:**

    A. There are no currently pending motions. Conair anticipates filing a motion to extend the time by which the Defendant has to answer or otherwise plead based on a suggestion that it has mis-identified the Defendant. See further explanation below regarding settlement. Further, if the Defendant has been misidentified, Conair may need to file a motion to amend to substitute a John Doe defendant for the current defendant.

    B. It is unknown whether the Defendant anticipates responding to the complaint by filing an Answer or by means of motion.

6. **Case Plan:**

Conair respectfully suggests that proposing a case plan is premature at this time for two reasons: first, that the Defendant has yet to appear in this matter; and second, it has been suggested by the Defendant that Conair has misidentified the John Doe originally named in the complaint.

7. **Status of Settlement Discussions:**

Since obtaining the identity of the Defendant based on phone information provided to the online hosting platform Shopify, it has been suggested that the party identified – De Bin Liu – is not the proper Defendant. The parties are in discussion in this regard and are hopeful that a resolution of this issue will be reached soon. The parties do not request a settlement conference at this time.

Dated: August 5, 2021

Respectfully submitted,

/s/ Michael La Porte
Robert P. Greenspoon rpg@fg-law.com
Michael R. La Porte mrl@fg-law.com
**Flachsbart & Greenspoon, LLC**
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
Phone: 312-551-9500

**Attorneys for Plaintiff,
Conair Corporation**

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record. Additionally, I served and/or attempted to serve copies of this report on Edward Bi at Edward Bi ebi@sherinianlaw.net

/s/ Michael La Porte
Michael R. La Porte